CHRISTOPHER M. YOUNG (Bar No. 163319)
christopher.young@us.dlapiper.com
ISABELLA M. NEAL (Bar No. 328323)
isabella.neal@us.dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

SEAN A. NEWLAND (Bar No. 300928)
sean.newland@us.dlapiper.com
DLA PIPER LLP (US)
400 Capitol Mall, Suite 2400
Sacramento, CA 95814-4428
Tel: 916.930.3200
Fax: 916.930.3201

Attorneys for Defendant
GOLI NUTRITION INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEREMY BORGIA and JULIET OSMER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOLI NUTRITION INC., A Delaware Corporation,<br><br>Defendant. | Case No. 2:20-CV-00981-KJM-DB<br><br>**DECLARATION OF KATHLEEN POWER IN SUPPORT OF MOTION OF DEFENDANT GOLI NUTRITION INC. TO DISMISS UNDER FRCP 12(B)(6)**<br><br>Judge: Kimberly J. Mueller<br>Date: October 16, 2020<br>Time: 10:00 a.m.<br>Dept: Courtroom 3, 15th Floor<br><br>Complaint Filed: May 14, 2020 |

I, Kathleen Power, hereby declare as follows:

1. I am the Vice President, Sales and Strategy of Defendant Goli Nutrition Inc, a Delaware corporation ("Goli"). I have worked at Goli since the company was formed in April 2019 and am very familiar with all facets of the Apple Cider Vinegar Gummies (the "Product") at issue in this litigation.

2. I have reviewed the Class Action Complaint ("Complaint") filed by Plaintiffs Juliet Osmer and Jeremy Borgia ("Plaintiffs") and am familiar with the claims and allegations at issue in this litigation. I make this declaration in support of Goli's motion to dismiss Plaintiffs' Complaint ("Motion"). The facts contained in this declaration are within my personal knowledge, and if called to testify I could and would testify competently and truthfully to those facts.

3. The statement that is the subject of Plaintiffs' Complaint, *i.e.*, "2 gummies is equal to 1 shot of Apple Cider Vinegar" (the "2=1 Statement"), has not appeared on any labels affixed to bottles of the Product sold to consumers since June 2019. Even before June 2019, the 2=1 Statement did not appear on any labels affixed to bottles of the Product shipped to brick and mortar retail stores for sale. Rather, the version of the Product's label bearing the 2=1 Statement was only affixed to some (but not all) bottles sold through online purchases from Goli's website prior to June 2019. Of the products sold online prior to June 2019, only a relatively small number had a label including the 2=1 Statement.

4. After Goli was made aware of Plaintiffs' claims, Goli searched its records to identify Plaintiffs' respective orders. Goli was able to locate Mr. Borgia's purchases. However, Goli has not found any orders placed or purchases made by Ms. Osmer. Goli has searched for Ms. Osmer's order using what Goli believes is Ms. Osmer's current mailing address, a previous address Ms. Osmer has used, Ms. Osmer's known email addresses, and the names of persons Ms. Osmer may reside with at her current address or otherwise be associated with. Despite its broad and comprehensive search, Goli has found no orders or purchases in its records connected to Ms. Osmer.

5. Though omitted from the Complaint, the label of the Product contains a panel listing various "Supplement Facts." Both before and after June 2019, the Supplement Facts on the label of the Product has advised consumers that each gummy contains 500 milligrams (mg) of Apple Cider

1

Vinegar ("ACV"), and that 5% of the ACV content is comprised of Acetic Acid. Accordingly, one two-gummy serving of the Product contains 1000mg of ACV, and 5% of that amount is Acetic Acid.

6. A true and correct copy of the label affixed to some bottles of the Product sold before June 2019 is attached hereto as **Exhibit A**. A true and correct copy of the label affixed to bottles of the Product sold after June 2019 is attached hereto as **Exhibit B**.

7. A true and correct copy of the United States Department of Agriculture ("U.S.D.A.")'s FoodData Central webpage, which sets forth standards for Apple Cider Vinegar and is publicly available at https://fdc.nal.usda.gov/fdc-app.html#/food-details/173469/nutrients, is attached hereto as **Exhibit C**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 4th day of September, 2020, in Montreal, Canada.

*/s/ Kathleen Power*
Kathleen Power

# EXHIBIT A

## Taste The Apple. Not The Vinegar.

Goli Nutrition is an inventive, people focused nutrition company driven by the belief that happiness and wellness go hand in hand. Our gummies are Gluten Free, Organic, Gelatin Free and Vegan Friendly! Made with real apples, our ACV daily necessity is packed with additional vitamins B9, B12 and superfoods. Our Apple Cider Vinegar Gummies produce the same benefits of traditional Apple Cider Vinegar without the unpleasant taste!*

Made in an FDA registered, cGMP certified, and an allergen-free facility in the U.S.A.

Warning: Consult a physician if pregnant or nursing, taking medication or have a medical condition. Keep out of reach of children.

f /  / 

@goligummy
#goligummy

 Gluten-Free

 Vegan

 Non-GMO

 Organic

 Unfiltered

# goli
NUTRITION

WORLD'S FIRST

## APPLE CIDER VINEGAR GUMMIES

**60 PIECES**

DIETARY SUPPLEMENT | with the mother

**SUGGESTED USE:**
Take 2-3 gummies per day. 2 gummies is equal to 1 shot of Apple Cider Vinegar.



## Supplement Facts

Serving Size: 1 Gummy
Servings Per Container: 60

|  | Amount Per Serving | % Daily Value |
|---|---|---|
| Calories | 12 |  |
| Total Carbohydrate | 3.5 g | 1% |
| Total Sugars | 2 g | 4% |
| Apple Cider Vinegar (5% Acetic Acid) | 500 mg | * |
| Organic Beet Root | 40 mcg | * |
| Organic Pomegranate | 40 mcg | * |
| Vitamin B9 (Folic Acid) | 200 mcg DFE / 120 mcg Folic Acid | 50% |
| Vitamin B12 (Cyanocobalamin) | 1.2 mcg | 50% |

* Daily Value not established.

Other Ingredients: Organic Tapioca Syrup, Water, Organic Cane Sugar, Pectin, Sodium Citrate, Citric Acid, Malic Acid, Natural Flavor, Organic Carrot, Organic Apple, Organic Blackcurrant (for color and flavor).

Does NOT contain: yeast, wheat, milk, eggs, gluten, soy, gelatin, peanuts, shellfish, dairy, artificial sweeteners, artificial colors, artificial flavors, artificial preservatives and salicylates.

* These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

DO NOT USE IF SAFETY SEAL IS DAMAGED OR MISSING.

 Kosher Pareve

Distributed By:
Goli Nutrition Inc.
hello@goli.com
www.goli.com
1-888-345-1452



# EXHIBIT B

**Format : 8.25” x 3.125”**

### Taste The Apple. Not The Vinegar.

Goli Nutrition is an inventive, people focused nutrition company driven by the belief that happiness and wellness go hand in hand. Our goal was to create an easy, nutritious and delicious way for everyone to incorporate Apple Cider Vinegar into their daily routine. Our Apple Cider Vinegar Gummies produce the same age-old benefits of traditional Apple Cider Vinegar without the unpleasant taste![1] Goli Gummies are Gluten Free, Organic, Non-GMO, Gelatin Free and Vegan. Health Simple.

Made in an FDA registered, cGMP certified, and an allergen-free facility in the U.S.A.

Warning: Consult a physician if pregnant or nursing, taking medication or have a medical condition.

Keep out of reach of children.

@goligummy
#goligummy
www.goli.com

Gluten-Free

Vegan

Non-GMO

Organic

Unfiltered

goli NUTRITION

WORLD’S FIRST
**APPLE CIDER VINEGAR**
**GUMMIES**

**60** PIECES

DIETARY SUPPLEMENT | **with the mother**

**SUGGESTED USE:**
1-2 gummies up to 3 times daily (enjoy up to 6 gummies a day).

## Supplement Facts

Serving Size 1 Gummy
Servings Per Container 60

| Amount Per Gummy | | %DV |
|---|---|---|
| Calories | 15 | |
| Total Carbohydrate | 4 g | 1%* |
| Total Sugars | 1 g | † |
| Includes 1 g Added Sugars | | 2%* |
| Folate (Folic Acid) | 200 mcg DFE (120 mcg folic acid) | 50%* |
| Vitamin B12 (Cyanocobalamin) | 1.2 mcg | 50%* |
| Apple Cider Vinegar (5% Acetic Acid) | 500 mg | † |

* Percent Daily Values (DV) are based on a 2,000 calorie diet.
† Daily Value (DV) not established.

**Other Ingredients:** Organic Cane Sugar, Organic Tapioca, Water, Pectin, Sodium Citrate Dihydrate, Citric Acid, Malic Acid, Natural Apple Flavor, Organic Carrot (for color), Organic Apple (for color), Organic Black Currant (for color), Organic Beet Root, Organic Pomegranate.

**Does NOT contain: yeast, wheat, milk, eggs, gluten, soy, gelatin, peanuts, shellfish, dairy, artificial sweetener, artificial colors, artificial flavors, agave, artificial preservatives and salicylates.**

**Certified organic by:** Oregon Tilth

**[1]This statement has not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.**

DO NOT USE IF SAFETY SEAL IS DAMAGED OR MISSING.

CERTIFIED VEGAN VEGAN.ORG

Kosher Pareve

6 27987 24962 0

v1.4

Distributed By:
Goli Nutrition Inc.
hello@goli.com
www.goli.com
1-888-345-1452

C M Y K

#ee2938

DIELINE TRANSPARENT LABEL





# EXHIBIT C

# FoodData Central Search Results

ARS HOME › FOODDATA CENTRAL › VINEGAR, CIDER (SR LEGACY, 173469)

## Vinegar, cider

SR Legacy, released in April 2018, is the final release of this data type and will not be updated. For more recent data, users should search other data types in FoodData Central.

**Data Type:** SR Legacy
**Food Category:** Spices and Herbs
**FDC ID:** 173469
**NDB Number:** 2048
**Footnote:** Contains 5% acetic acid. Total proximates do not equal 100%.
**FDC Published:** 4/1/2019

**Nutrients**    Measures

**Portion:**

100g

| Name | Amount | Unit | Deriv. By | n | Source | Min | Max | Median | Footnote | Last Upda |
|---|---|---|---|---|---|---|---|---|---|---|
| Water | 93.81 | g | Analytical | 3 | | 93.65 | 93.97 | | | 2/1/2 |
| Energy | 21 | kcal | Nutrient that is based on other nutrient/s; value used directly, ex. Nut.#204 from Nut.#298 | | | | | | Acetic… | 3/1/2 |
| Energy | 90 | kJ | Nutrient that is based on other nutrient/s; value used directly, ex. Nut.#204 from Nut.#298 | | | | | | | 3/1/2 |
| Protein | 0 | g | Analytical | 3 | | 0 | 0 | | | 2/1/2 |
| Total lipid (fat) | 0 | g | Analytical | 3 | | 0 | 0 | | | 2/1/2 |
| Ash | 0.17 | g | Analytical | 3 | | 0.17 | 0.18 | | | 2/1/2 |

| Name | Amount | Unit | Deriv. By | n | Source | Min | Max | Median | Footnote | Last Upda |
|---|---|---|---|---|---|---|---|---|---|---|
| Carbohydrate, by difference | 0.93 | g | | | Nutrient that is based on other nutrient/s; value used directly, ex. Nut.#204 from Nut.#298 | | | | | 3/1/2 |
| Fiber, total dietary | 0 | g | | | | | | | | 1/1/1 |
| Sugars, total including NLEA | 0.4 | g | | | Calculated | | | | | 3/1/2 |
| Sucrose | 0 | g | | | Manufacturer supplied(industry or trade association), Analytical data, incomplete documentation | | | | | 3/1/2 |
| Glucose (dextrose) | 0.1 | g | | | Manufacturer supplied(industry or trade association), Analytical data, incomplete documentation | | | | | 3/1/2 |
| Fructose | 0.3 | g | | | Manufacturer supplied(industry or trade association), Analytical data, incomplete documentation | | | | | 3/1/2 |
| Lactose | 0 | g | | | Manufacturer supplied(industry or trade association), Analytical data, incomplete documentation | | | | | 3/1/2 |
| Maltose | 0 | g | | | Manufacturer supplied(industry or trade association), Analytical data, incomplete documentation | | | | | 3/1/2 |

| Name | Amount | Unit | Deriv. By | n | Source | Min | Max | Median | Footnote | Last Upda |
|---|---|---|---|---|---|---|---|---|---|---|
| Galactose | 0 | g | Assumed zero (Insignificant amount or not naturally occurring in a food, such as fiber in meat) | | | | | | | 3/1/2 |
| Calcium, Ca | 7 | mg | Aggregated data involving combinations of data with only source codes 1 and 12 and/or 13 | | | 5 | 8 | | | 3/1/2 |
| Iron, Fe | 0.2 | mg | Aggregated data involving combinations of data with only source codes 1 and 12 and/or 13 | | | 0.11 | 0.28 | | | 3/1/2 |
| Magnesium, Mg | 5 | mg | Analytical | 3 | | 4 | 5 | | | 2/1/2 |
| Phosphorus, P | 8 | mg | Analytical | 3 | | 8 | 8 | | | 2/1/2 |
| Potassium, K | 73 | mg | Aggregated data involving combinations of data with only source codes 1 and 12 and/or 13 | | | 59 | 93 | | | 3/1/2 |
| Sodium, Na | 5 | mg | Aggregated data involving combinations of data with only source codes 1 and 12 and/or 13 | | | 5 | 8 | | | 3/1/2 |
| Zinc, Zn | 0.04 | mg | Analytical | 3 | | 0.03 | 0.05 | | | 2/1/2 |
| Copper, Cu | 0.008 | mg | Analytical | 3 | | 0.007 | 0.008 | | | 2/1/2 |
| Manganese, Mn | 0.249 | mg | Analytical | 3 | | 0.135 | 0.31 | | | 2/1/2 |
| Selenium, Se | 0.1 | µg | Calculated from different food; From average values for food category; No adjustment; Retention factors not used | | | | | | | 12/1/1 |
| Vitamin C, total ascorbic acid | 0 | mg | | | | | | | | 1/1/1 |
| Thiamin | 0 | mg | | | | | | | | 1/1/1 |

| Name | Amount | Unit | Deriv. By | n | Source | Min | Max | Median | Footnote | Last Upda |
|---|---|---|---|---|---|---|---|---|---|---|
| Riboflavin | 0 | mg | | | | | | | | 1/1/1 |
| Niacin | 0 | mg | | | | | | | | 1/1/1 |
| Pantothenic acid | 0 | mg | | | | | | | | 1/1/1 |
| Vitamin B-6 | 0 | mg | | | | | | | | 1/1/1 |
| Folate, total | 0 | µg | | | | | | | | 1/1/1 |
| Folic acid | 0 | µg | Assumed zero (Insignificant amount or not naturally occurring in a food, such as fiber in meat) | | | | | | | 1/1/2 |
| Folate, food | 0 | µg | | | | | | | | 3/1/2 |
| Folate, DFE | 0 | µg | Calculated | | | | | | | 11/1/2 |
| Choline, total | 0 | mg | Assumed zero (Insignificant amount or not naturally occurring in a food, such as fiber in meat) | | | | | | | 11/1/2 |
| Vitamin B-12 | 0 | µg | Assumed zero (Insignificant amount or not naturally occurring in a food, such as fiber in meat) | | | | | | | 1/1/1 |
| Vitamin B-12, added | 0 | µg | Assumed zero (Insignificant amount or not naturally occurring in a food, such as fiber in meat) | | | | | | | 9/1/2 |
| Vitamin A, RAE | 0 | µg | | | | | | | | 3/1/2 |
| Retinol | 0 | µg | Assumed zero (Insignificant amount or not naturally occurring in a food, such as fiber in meat) | | | | | | | 6/1/2 |

| Name | Amount | Unit | Deriv. By | n | Source | Min | Max | Median | Footnote | Last Upda |
|---|---|---|---|---|---|---|---|---|---|---|
| Carotene, beta | 0 | µg | Assumed zero (Insignificant amount or not naturally occurring in a food, such as fiber in meat) | | | | | | | 12/1/2 |
| Carotene, alpha | 0 | µg | Assumed zero (Insignificant amount or not naturally occurring in a food, such as fiber in meat) | | | | | | | 12/1/2 |
| Cryptoxanthin, beta | 0 | µg | Assumed zero (Insignificant amount or not naturally occurring in a food, such as fiber in meat) | | | | | | | 12/1/2 |
| Vitamin A, IU | 0 | IU | | | | | | | | 1/1/1 |
| Lycopene | 0 | µg | Assumed zero (Insignificant amount or not naturally occurring in a food, such as fiber in meat) | | | | | | | 12/1/2 |
| Lutein + zeaxanthin | 0 | µg | Assumed zero (Insignificant amount or not naturally occurring in a food, such as fiber in meat) | | | | | | | 12/1/2 |
| Vitamin E (alpha-tocopherol) | 0 | mg | Assumed zero (Insignificant amount or not naturally occurring in a food, such as fiber in meat) | | | | | | | 12/1/2 |
| Vitamin E, added | 0 | mg | Assumed zero (Insignificant amount or not naturally occurring in a food, such as fiber in meat) | | | | | | | 9/1/2 |

| Name | Amount | Unit | Deriv. By | n | Source | Min | Max | Median | Footnote | Last Upda |
|---|---|---|---|---|---|---|---|---|---|---|
| Vitamin D (D2 + D3), International Units | 0 | IU | Assumed zero (Insignificant amount or not naturally occurring in a food, such as fiber in meat) | | | | | | | 2/1/2 |
| Vitamin D (D2 + D3) | 0 | µg | Assumed zero (Insignificant amount or not naturally occurring in a food, such as fiber in meat) | | | | | | | 11/1/2 |
| Vitamin K (phylloquinone) | 0 | µg | Based on another form of the food or similar food; Concentration adjustment; Solids; Retention factors not used | | | | | | | 12/1/2 |
| Fatty acids, total saturated | 0 | g | | | | | | | | 1/1/1 |
| 4:0 | 0 | g | | | | | | | | 3/1/1 |
| 6:0 | 0 | g | | | | | | | | 3/1/1 |
| 8:0 | 0 | g | | | | | | | | 3/1/1 |
| 10:0 | 0 | g | | | | | | | | 1/1/1 |
| 12:0 | 0 | g | | | | | | | | 1/1/1 |
| 14:0 | 0 | g | | | | | | | | 1/1/1 |
| 16:0 | 0 | g | | | | | | | | 1/1/1 |
| 18:0 | 0 | g | | | | | | | | 1/1/1 |
| Fatty acids, total monounsaturated | 0 | g | | | | | | | | 1/1/1 |
| 16:1 | 0 | g | | | | | | | | 1/1/1 |
| 18:1 | 0 | g | | | | | | | | 1/1/1 |
| 20:1 | 0 | g | | | | | | | | 1/1/1 |
| 22:1 | 0 | g | | | | | | | | 3/1/1 |
| Fatty acids, total polyunsaturated | 0 | g | | | | | | | | 1/1/1 |
| 18:2 | 0 | g | | | | | | | | 1/1/1 |
| 18:3 | 0 | g | | | | | | | | 1/1/1 |

| Name | Amount | Unit | Deriv. By | n | Source | Min | Max | Median | Footnote | Last Upda |
|---|---|---|---|---|---|---|---|---|---|---|
| 18:4 | 0 | g | | | | | | | | 3/1/1 |
| 20:4 | 0 | g | | | | | | | | 1/1/1 |
| 20:5 n-3 (EPA) | 0 | g | | | | | | | | 3/1/1 |
| 22:5 n-3 (DPA) | 0 | g | | | | | | | | 3/1/1 |
| 22:6 n-3 (DHA) | 0 | g | | | | | | | | 3/1/1 |
| Fatty acids, total trans | 0 | g | Assumed zero (Insignificant amount or not naturally occurring in a food, such as fiber in meat) | | | | | | | 3/1/2 |
| Cholesterol | 0 | mg | Assumed zero (Insignificant amount or not naturally occurring in a food, such as fiber in meat) | | | | | | | 1/1/1 |
| Tryptophan | 0 | g | | | | | | | | 1/1/1 |
| Threonine | 0 | g | | | | | | | | 1/1/1 |
| Isoleucine | 0 | g | | | | | | | | 1/1/1 |
| Leucine | 0 | g | | | | | | | | 1/1/1 |
| Lysine | 0 | g | | | | | | | | 1/1/1 |
| Methionine | 0 | g | | | | | | | | 1/1/1 |
| Cystine | 0 | g | | | | | | | | 1/1/1 |
| Phenylalanine | 0 | g | | | | | | | | 1/1/1 |
| Tyrosine | 0 | g | | | | | | | | 1/1/1 |
| Valine | 0 | g | | | | | | | | 1/1/1 |
| Arginine | 0 | g | | | | | | | | 1/1/1 |
| Histidine | 0 | g | | | | | | | | 1/1/1 |
| Alanine | 0 | g | | | | | | | | 1/1/1 |
| Aspartic acid | 0 | g | | | | | | | | 1/1/1 |
| Glutamic acid | 0 | g | | | | | | | | 1/1/1 |
| Glycine | 0 | g | | | | | | | | 1/1/1 |
| Proline | 0 | g | | | | | | | | 1/1/1 |

| Name | Amount | Unit | Deriv. By | n | Source | Min | Max | Median | Footnote | Last Upda |
|---|---|---|---|---|---|---|---|---|---|---|
| Serine | 0 | g | | | | | | | | 1/1/1 |
| Alcohol, ethyl | 0 | g | | | | | | | | 1/1/1 |
| Caffeine | 0 | mg | | | | | | | Assumed zero (Insignificant amount or not naturally occurring in a food, such as fiber in meat) | 12/1/2 |
| Theobromine | 0 | mg | | | | | | | Assumed zero (Insignificant amount or not naturally occurring in a food, such as fiber in meat) | 12/1/2 |

[Return to Top](#)

**Home**

**Data Type Documentation**

**Download Data**

**API Guide**

**Help**

**FAQ**

**About Us**

**Contact FoodData Central**

USDA.gov

Agricultural Research Service

Plain Writing

FOIA

Accessibility Statement

Information Quality

Privacy Policy

Non-Discrimination Statement

USA.gov

WhiteHouse.gov

An official website of the United States government
Here's how you know

U.S. DEPARTMENT OF AGRICULTURE
Agricultural Research Service

MENU

# FoodData Central Search Results

ARS HOME  ›  FOODDATA CENTRAL  ›  VINEGAR, CIDER (SR LEGACY, 173469)

## Vinegar, cider

SR Legacy, released in April 2018, is the final release of this data type and will not be updated. For more recent data, users should search other data types in FoodData Central.

**Data Type:** SR Legacy
**Food Category:** Spices and Herbs
**FDC ID:** 173469
**NDB Number:** 2048
**Footnote:** Contains 5% acetic acid. Total proximates do not equal 100%.
**FDC Published:** 4/1/2019

### Nutrients  **Measures**

| Amount | Unit | Measure Description | Modifier | Average Weight (g) | n | Footnote |
|---|---|---|---|---|---|---|
| 1 | | | tbsp | 14.9 | | |
| 1 | | | cup | 239 | | |
| 1 | | | tsp | 5 | 23 | |