CHRISTOPHER M. YOUNG (Bar No. 163319)
christopher.young@us.dlapiper.com
ISABELLA M. NEAL (Bar No. 328323)
isabella.neal@us.dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel:   619.699.2700
Fax:   619.699.2701

SEAN A. NEWLAND (Bar No. 300928)
sean.newland@us.dlapiper.com
DLA PIPER LLP (US)
400 Capitol Mall, Suite 2400
Sacramento, CA 95814-4428
Tel:   916.930.3200
Fax:   916.930.3201

Attorneys for Defendant
GOLI NUTRITION INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEREMY BORGIA and JULIET OSMER, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>   v.<br><br>GOLI NUTRITION INC., a Delaware corporation,<br><br>            Defendant. | CASE NO.  2:20-CV-00981-KJM-DB<br><br>**DEFENDANT GOLI NUTRITION INC.'S DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1** |

DLA PIPER LLP (US)

1  Under Federal Rule of Civil Procedure 7.1(a), Defendant Goli Nutrition Inc., a Delaware Corporation ("Defendant") discloses the following: Defendant is a wholly-owned subsidiary of Goli Nutrition Inc., a Canadian Corporation ("Goli Canada"). No publicly held corporation owns 10% or more of Goli Canada's stock.

DATED: September 4, 2020           **DLA PIPER LLP (US)**


By:  */s/ Christopher M. Young*
     CHRISTOPHER M. YOUNG
     SEAN A. NEWLAND
     ISABELLA M. NEAL
     Attorneys for Defendant
     GOLI NUTRITION INC.